ACCEPTED
03-13-00790-CV
6726737
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 2:35:09 PM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF GERALD D MCFARLEN, PC

gmcfarlen@mcfarlenlaw.com

August 31, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/31/2015 2:35:09 PM

JEFFREY D. KYLE
Clerk

Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701
*Via electronic filing*

      Re:      Cause No. 03-13-00790-CV, T. Mark Anderson, as Co-Executor of the Estate of Ted M. Anderson, and Christine Anderson, as Co-Executor of the Estate of Ted M. Anderson v. Richard T. Archer, et al., In the Court of Appeals for the Third District of Texas at Austin, Texas

To the Honorable 3d Court of Appeals:

In reply to Appellees/Cross-appellants Response in Opposition to Appellants/Cross-appellee's motion for continuance and this counsel's motion to withdraw, please accept the following.

Of even date herewith, the undersigned has provided the Court with an executed Verification of the facts contained in the motions referenced herein.

Counsel has requested and will submit for the Court's consideration a letter from his physician verifying his condition.

These motions are not brought for delay, but so that justice may be done. Appellants/Cross-appellees have never intended to waive any issues in this matter, and should not suffer on account of medical crisis and resulting disability of their counsel. Counsel feels compelled by the State Bar Disciplinary Rules to withdraw on account of his condition, so that Appellants may be represented herein by competent counsel unhindered by medical disabilities.

28 FABRA OAKS RD., BOERNE, TEXAS 78006  (830) 331-8554  (210)568-4305 fax

Appellees have been and are continuing to be afforded the protection of a receiver who has assumed full control of the assets of the estate of the judgment debtor. A brief continuance of submission will not prejudice Appellees.

For these reasons, Appellants/Cross-appellees and undersigned counsel urge the Court to grant the motions and continue submission for at least thirty days, or as soon thereafter as the Court may hear the matter.

Respectfully submitted,


/s/ Gerald D. McFarlen

Gerald D. McFarlen


**CERTIFICATE OF SERVICE**


I do hereby certify that on the 31st day of August, 2015, a true and correct copy of the foregoing reply was furnished to all counsel of record in accordance with the Texas Rules of Civil Procedure.

.
Laurie Ratliff
Ikard, Golden, Jones, P.C.
400 West 15th Street, Suite 975
Austin, Texas 78701
ATTORNEYS FOR APPELLEES/CROSS APPELLANTS

/s/ Gerald D. McFarlen

Gerald D. McFarlen